# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG 2 1 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

HECTOR SAUL PALACIOS-RAMIREZ,

        Defendant.

CASE NO. 13CR2524-CAB

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 21, 2013

_____

Cathy Ann Bencivengo
U.S. District Judge